UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL KRUSELL, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:24-cv-731 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| ANGELA SNYDER, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Krusell, proceeding without the benefit of counsel, filed a lawsuit against a doctor and a probate judge. The Magistrate Judge reviewed the complaint and issued a report recommending the Court dismiss the lawsuit (ECF No. 6). Plaintiff filed objections (ECF No. 11). It is not clear when Plaintiff received the report and recommendation. In an abundance of caution, the Court reviews the objections as if they were timely filed.

After being served with a report and recommendation (R&R) issued by a magistrate judge, a party has fourteen days to file written objections to the proposed findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). A district court judge reviews de novo the portions of the R&R to which objections have been filed. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Only those objections that are specific are entitled to a de novo review under the statute. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (per curiam).

The Court has reviewed the document Plaintiff submitted as his objection. Plaintiff does not identify any specific error of fact or law in the R&R. The objection can be fairly

characterized as a general disagreement with the Magistrate Judge. Plaintiff does not address the Magistrate Judge's finding that Judge Snyder enjoys judicial immunity from liability for claims based on her judicial decisions. Plaintiff does not address the Magistrate Judge's findings that Plaintiff has failed to allege facts that would provide a basis for a claim against Dr. Vogel. And, Plaintiff does not address the Magistrate Judge's finding that the criminal statute Plaintiff refers to does not provide a basis for a civil lawsuit. Plaintiffs' demand for a jury trial does not overcome these barriers.

Accordingly, the Court **ADOPTS** the report and recommendation (ECF No. 6) and **DISMISSES** this lawsuit. **IT IS SO ORDERED.**

Date:   August 23, 2024                              /s/  Paul L. Maloney
                                                                                                   Paul L. Maloney
                                                                                                   United States District Judge